UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

*ELECTRONICALLY FILED*

| | |
|---|---|
| Joy Shannon, Administratrix of the Estate of Heather Shannon, | Civil Action No. |
| Harold Winings and Jill Winings, Co-Administrators of the Estate of Zachary Winings | |
|     PLAINTIFF | |
| v. | |
| CSX Transportation, Inc. | |
|     DEFENDANT | |

## PETITION FOR REMOVAL

**\*\*\*\*\*\*\***

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant CSX Transportation, Inc. ("CSXT"), hereby removes this action styled *Joy Shannon, Administratrix of the Estate of Heather Shannon and Harold Winings & Jill Winings, Co-Administrators of the Estate of Zachary Winings v. CSX Transportation, Inc.,* now pending in the Clark Circuit Court, Commonwealth of Kentucky[1], to the United States District Court for the Eastern District of Kentucky, Lexington Division, on the grounds that this Court has diversity jurisdiction over this action.

---

[1] Summons and Complaint attached hereto as Exhibit A.

## I.  THE NATURE OF THE CASE.

1. On November 6, 2018, Defendant CSXT was served with this action filed in Clark Circuit Court, Commonwealth of Kentucky, Case No. 18-CI-00478.  The claim was filed in Clark Circuit Court on November 1, 2018.  The Complaint alleges that on or about September 6, 2017, the vehicle Plaintiffs were occupying became "lodged or stuck" while at "CSX's railroad track crossing No. 353495D in Clark County, Kentucky."[2] The Complaint alleges that a CSX train "collided with the trapped vehicle of the Plaintiffs herein, said collision ultimately killing the Plaintiffs."[3] Plaintiffs' seek recovery for alleged damages that they have suffered and continue to suffer from CSXT's alleged negligence and "defective design, construction and maintenance of the roadway crossing."[4]

## II.  THE REQUIREMENTS FOR REMOVAL ARE SATISFIED.

This Court has original subject matter jurisdiction over this action over under 28 U.S.C. § 1332(a)(1) because the matter is between a citizen of Kentucky (Plaintiff) and a citizen of Virginia and Florida (CSXT), and the matter in controversy as claimed in the Complaint will exceed the sum or value of $75,000, exclusive of interest and costs.

**A.     Complete diversity of citizenship exists between the parties.**

Defendant CSXT was incorporated in Virginia, and has its principal place of business at 500 Water Street, Jacksonville, Florida  32202.  Defendant CSXT therefore was and is a citizen of the states of Virginia and Florida for diversity purposes, both at the time this lawsuit was filed and as of the date of this Notice of Removal.

---

[2] *See* Complaint, p. 2, ¶ 6-7.
[3] *See* Complaint, p. 2, ¶ 8.
[4] *See* Complaint, p. 3-4, ¶¶ 9-12.

At the time of the filing of this action and as of the date of this Notice of Removal, Plaintiffs, Heather Shannon and Zachary Winings, according to the Complaint, were citizens of Kentucky. The diversity requirement of 28 U.S.C. § 1332(a)(1) is therefore satisfied.

### B. The amount in controversy is satisfied.

The amount in controversy in this action exceeds or will exceed the sum of $75,000, exclusive of interests and costs, satisfying the amount in controversy requirement of 28 U.S.C. § 1332(a)(1).

The Complaint reflects that Plaintiffs are seeking damages for the injuries and death of Plaintiffs Heather Shannon and Zachary Winings including pain and suffering, medical expenses, funeral expenses and loss of earnings.[5] The loss of earnings and pain and suffering claims for the decedents will satisfy the amount in controversy insomuch as both decedents will lay claim to over 25 years of future impairment to earn damages. Even assuming a deminimis earning history, such damages for the two decedents will rise above the amount in controversy requirement.

### III. THE OTHER PROCEDURAL REQUISITES FOR REMOVAL ARE SATISFIED.

This Notice of Removal is filed within 30 days after CSX was served with the Plaintiffs' Complaint, and this Notice of Removal is therefore timely filed as required by 28 U.S.C. § 1446(b). Under 28 U.S.C. § 1441(a) Venue of the removed action is proper in the Eastern District of Kentucky, Lexington Division, as the district and division embracing Clark County, Kentucky.

At the time of removal, CSXT is the only named Defendant in this case and therefore it need not obtain the consent of any other Defendant to remove this action.

---

[5] *See* Complaint, p. 5.

3

CSXT has complied with 28 U.S.C. § 1446(a). CSXT has complied with 28 U.S.C. § 1446(d). Copies of the Notice of Removal of action and a copy of this Notice of Removal are being filed with the Clerk of the Clark Circuit Court, Commonwealth of Kentucky, Case No. 18-CI-00478, and are being served on Plaintiffs' counsel.

## IV.  CONCLUSION.

Defendant CSX Transportation, Inc., removes this action from the Clark Circuit Court, Commonwealth of Kentucky, Civil Action No. 18-CI-00478 to this Court. CSX Transportation, Inc. intends no admission of liability by this notice and expressly reserves all defenses, motions, and pleas available under the Federal Rules of Civil Procedure.

BOEHL STOPHER & GRAVES, LLP

*/s/ Rod D. Payne*
Rod D. Payne
400 West Market Street, Suite 2300
Louisville, KY 40202
Phone:  (502) 589-5980
Fax:  (502) 561-9400
rdpayne@bsg-law.com
COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of November, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Donald R. Todd
T. Ryan Greer
Todd & Todd, PLLC
153 Market Street
Lexington, Kentucky  40507
*Counsel for Plaintiff Joy Shannon, Administratrix of the Estate of Heather Shannon*

William Garmer
Garmer & Prather, PLLC
141 N. Broadway
Lexington, Kentucky  40507
*Counsel for Plaintiffs*

Brent Caldwell
Caldwell Law, PLLC
153 Market Street
Lexington, KY 40507
*Counsel for Plaintiff Harold Winings & Jill Winings Co-Adminstrators of the Estate of Zachary Winings*

Noel Caldwell
Noel Caldwell, Attorney At Law, PLLC
153 Market Street
Lexington, KY 40507
*Counsel for Plaintiff Harold Winings & Jill Winings Co-Adminstrators of the Estate of Zachary Winings*

/s/ Rod D. Payne
COUNSEL FOR DEFENDANT

1921597.1