| AOC-E-105      Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **18-CI-00478**<br>Court:   **CIRCUIT**<br>County: **CLARK** |
|---|---|---|

*Plantiff,* **SHANNON, JOY, ET AL VS. CSX TRANSPORTATION, INC.,** *Defendant*

TO:  **CT CORPORATION SYSTEMS**
      **306 WEST MAIN STREET, SUITE 512**
      **FRANKFORT, KY 40601**

Memo: Related party is CSX TRANSPORTATION, INC.

The Commonwealth of Kentucky to Defendant:
**CSX TRANSPORTATION, INC.**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Martha M. Miller*
Clark Circuit Clerk
Date: **11/1/2018**

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20_____           _____
                                                    Served By

                                                    _____
                                                    Title

Summons ID: 12960999476789@00000117556
CIRCUIT: 18-CI-00478 Certified Mail
SHANNON, JOY, ET AL VS. CSX TRANSPORTATION, INC.



Page 1 of 1

EXHIBIT A



eFiled

COMMONWEALTH OF KENTUCKY
CLARK CIRCUIT COURT
CASE NO. _____
[Electronically Filed]

JOY SHANNON, Administratrix of                                              PLAINTIFFS
the Estate of Heather Shannon

HAROLD WININGS & JILL WININGS,
Co-Administrators of the Estate of Zachary Winings

v.

CSX TRANSPORTATION INC.                                                    DEFENDANT

    Serve: CT Corporation Systems
    306 West Main Street, Suite 512
    Frankfort, KY 40601

## COMPLAINT

Come the Plaintiffs, Joy Shannon, Administratrix of the Estate of Heather Shannon and Harold Winings and Jill Winings, Co-Administrators of the Estate of Zachary Winings and for their cause of action states as follows:

### PARTIES

1. Heather Shannon at all times stated herein was a resident of Lexington, Fayette County, Kentucky. Heather Shannon died on September 6, 2017 and her mother, Joy Shannon, was appointed Administratrix of the Estate of Heather Shannon, deceased, by Order of the Fayette District Court on November 8, 2017. A copy of the Order is attached hereto and incorporated as Exhibit A.

2. Zachary Winings at all times mentioned herein was a resident of Lexington, Fayette County, Kentucky. He died on September 6, 2017 and his parents, Harold Winings and Jill Winings were appointed Co-Administrators of the Estate of Zachary Winings, deceased, by

Order of the Fayette District Court on June 5, 2018. A copy of the Order is attached hereto as Exhibit B.

3. The Defendant, CSX Transportation Inc., (hereinafter referred as CSX) is a railroad transportation and hauling company; is a foreign corporation authorized to transact business in the Commonwealth of Kentucky; has as its principal place of business 500 Water Street, J160, Jacksonville, Florida 32202; and whose process agent for service of process is CT Corporation Systems, 306 W. Main Street 512, Frankfort, KY 40601.

## JURISDICTION & VENUE

4. The transactions which give rise to this action occurred in Clark County, Kentucky and, therefore, venue is appropriate in this Court.

5. The amount in controversy exceeds the jurisdictional limits of this Court.

## FACTUAL BACKGROUND

6. On or about September 6, 2017 the Plaintiffs were occupants in a 2012 Toyota Camry which was traveling in a North Westerly direction along Kentucky Highway 1923 (Two Mile Road) at its intersection with the CSX's railroad track crossing No. 353495D in Clark County, Kentucky.

7. While crossing said railroad tracks of the CSX Corporation, the Plaintiff Winings decedent's vehicle became lodged or stuck between the railroad tracks and off the road surface located within the roadway crossing of said track.

8. At approximately the same time and location a CSX train was traveling in a northeasterly direction on its railroad tracks and collided with the trapped vehicle of the Plaintiffs herein, said collision ultimately killing the Plaintiffs.

## COUNT I – DEFECTIVE DESIGN, CONSTRUCTION, AND MAINTENEANCE

9. Due to the defective design, construction and maintenance of the roadway crossing of CSX rail lines the Plaintiff's vehicle was entrapped and was unable to clear the track before being struck by CSX's train.

10. The design, construction and maintenance of the roadway, crossover and ramp approaches are obligations of CSX. The failure of CSX to properly design, construct and maintain said roadway, railroad crossover and tracks was a substantial factor in causing the entrapment and collision of the train with the Toyota vehicle described above as well as the injuries and death of the Plaintiff decedents. The collision and deaths of the Plaintiff decedents were a direct and proximate result of the negligence of CSX railroad, its agents, servants and employees.

## COUNT II – NEGLIGENCE

11. CSX, acting through its agents, servants and employees, was careless and negligent in the maintenance and operation of its train, as the train approached the intersection of Two-Mile Road (KY Highway 1923) and its crossing No. 353495D. Said negligence was a substantial factor in causing the injuries and deaths of the Plaintiffs decedents and Plaintiffs' estates are entitled to compensatory damages in an amount exceeding the jurisdictional limits of this court.

## COUNT III – NEGLIGENT SUPERVISION AND TRAINING

12. CSX, through its agents, servants, and employees was negligent in the supervision and training of its maintenance and operation personnel and said negligence was a substantial factor in causing the injuries and deaths of the Plaintiff decedents. Said negligence was a substantial factor in causing the injuries and deaths of the Plaintiffs decedents and

Plaintiffs' estates are entitled to compensatory damages in an amount exceeding the jurisdictional limits of this court.

WHEREFORE, the Plaintiffs, Joy Shannon, Administratrix of the Estate of Heather Shannon deceased, and Harold Winings and Jill Winings, Co-Administrators of the Estate of Zachary Winings deceased, demand:

Judgment against the Defendant CSX Transportation Inc., its agents, servants and employees, in an amount which is fair and reasonable, in excess of this Court's minimum jurisdictional amount, for the following claimed damages: pain and suffering, reasonable medical expenses for Heather Shannon, funeral expenses and loss of earnings to each Estate as provided by the Kentucky Wrongful Death Statute, their court costs expended and all other relief to which each Plaintiff's Estate may appear to be entitled.

Plaintiffs also demand a TRIAL BY JURY.

Respectfully submitted,

Counsel for Plaintiffs:

*William Garmer By Brent R. Caldwell*
Hon. William Garmer
GARMER & PRATHER, PLLC
141 N. Broadway
Lexington, KY 40507
*Counsel for Plaintiffs*

Hon. Donald R. Todd
Hon. T. Ryan Greer
TODD & TODD, PLLC
153 Market Street
*Counsel for Plaintiff Joy Shannon,*
*Administratrix of the Estate Heather Shannon*

*[signature]*

Hon. Brent Caldwell
CALDWELL LAW, PLLC
153 Market Street
Lexington, KY 40507
*Counsel for Plaintiff, Harold Winings & Jill Winings*
*Co-Administrators of the Estate of Zachary Winings*

*[signature]*

Noel Caldwell
Noel Caldwell, Attorney At Law, PLLC
153 Market Street
Lexington, KY 40507
*Counsel for Plaintiff, Harold Winings & Jill Winings*
*Co-Administrators of the Estate of Zachary Winings*

| AOC-840<br>Rev. 12-02<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice  www.kycourts.net<br>KRS 395.105; 395.110 | Doc. Code: OFID<br>11/2/2017 02:36 PM<br>Ver. 1.01 | <br>**ORDER APPOINTING FIDUCIARY** | Case No. 17-P-01688<br>Court  District Probate<br>County  Fayette |

**IN RE: Estate of** HEATHER SHANNON

Upon hearing the Petition of __JOY SHANNON__

the Court appoints __JOY SHANNON__

to act as __ADMINISTRATRIX__ of said estate and fixes bond in the sum of $ 5000.00

☐ with approved Surety   OR   ☒ with Surety having been waived.

Date: __11-8, 2017__                                    __/s/ J. Bundole__
                                                        Judge's Signature

```
ENTERED
ATTEST: VINCENT RIGGS, CLERK
NOV 08 2017
FAYETTE CIRCUIT CLERK
BY _____ DEPUTY
```

**To be completed on copies only:**

**CERTIFICATE OF QUALIFICATION**

I, __VICENT RIGGS__, Clerk of the __FAYEETE__ District Court, certify this is a true and correct copy of the Order Appointing Fiduciary as recorded in my office. This Order and Qualification is in full force and effect.

Date: __NOV. 8TH, 2017__                      __/s/ Vincent Riggs__, Clerk
                                              By: __/s/ Deon Peake__


EXHIBIT A

Filed            18-CI-00478    11/01/2018            Martha M. Miller, Clark Circuit Clerk

| AOC-840<br>Rev. 12-02<br>Page 1 of 1<br><br>Commonwealth of Kentucky<br>Court of Justice  www.kycourts.net<br>KRS 395.105; 395.110 | Doc. Code: OFID<br>06/5/2018 11:39 AM<br>Ver. 1.01 |  | **ORDER APPOINTING FIDUCIARY** | Case No. __18-P-00902__<br><br>Court _____District Probate_____<br><br>County __Fayette__ |

ENTERED
ATTEST, VINCENT RIGGS, CLERK
JUN 0 5 2018
FAYETTE CIRCUIT CLERK
BY _____ DEPUTY

IN RE: Estate of __ZACHARY DAVIS WININGS__

Upon hearing the Petition of __HAROLD E. WININGS & JILL S. WININGS__
the Court appoints __HAROLD E. WININGS & JILL S. WININGS__
to act as __CO-ADMINISTRATORS__ of said estate and fixes bond in the sum of $ __N/A__
☐ with approved Surety  OR  ☑ with Surety having been waived.

Date: __June 5, 2018__                                  _____
                                                         **Judge's Signature**

A TRUE COPY
ATTEST: VINCENT RIGGS, CLERK
FAYETTE CIRCUIT COURT
BY _____ DEPUTY

---

**To be completed on copies only:**

### CERTIFICATE OF QUALIFICATION

I, _____, Clerk of the _____ District Court, certify this is a true and correct copy of the Order Appointing Fiduciary as recorded in my office. This Order and Qualification is in full force and effect.

Date: _____, 2____.          _____ Clerk

                                              By: _____, D.C.

Presiding Judge: HON. JEAN C. LOGUE (625304)

Filed            18-CI-00478    11/01/2018            Martha M. Miller, Clark Circuit Clerk

EXHIBIT B