UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CIVIL ACTION NO. 5:18-CV-00621-KKC

| | |
|---|---|
| **Joy Shannon, Administratrix of the Estate of Heather Shannon** | **PLAINTIFF** |
| AND | |
| **Harold Winings and Jill Winings, Co-Administrators of the Estate of Zachary Winings** | **PLAINTIFF** |
| VS. | |
| **CSX Transportation, Inc.** | **DEFENDANT** |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court having considered the Motion to Dismiss filed by Plaintiffs, Joy Shannon, Administratrix of the Estate of Heather Shannon and Harold and Jill Winings, Co-Administrators of the Estate of Zachary Winings, and having been advised that the Defendant CSXT Transportation, Inc. has no objection to, and is in agreement with, said Motion, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED pursuant to Federal Civil Rule 41 that all claims of the Plaintiffs against Defendant CSX Transportation, Inc. are dismissed in their entirety with prejudice, with each party to bear their respective costs. This agreement resolves all claims remaining at issue in this case against CSX Transportation, Inc. There being no just cause for delay, this is a final and appealable order.

HAVE SEEN AND AGREED TO:

| | |
|---|---|
| */s/Brent L. Caldwell, for all Plaintiffs* | */s/Rod D. Payne, Attorney for Defendant* |
| Signed with permission of Plaintiff, Shannon | Signed with permission of Defendant, CSX |